USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/13/2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAVIER NUNEZ,

                Plaintiff,

     -against-

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

19 CIVIL 170 (PED)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 13, 2020, the Commissioner's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         July 13, 2020

                         **RUBY J. KRAJICK**
                         Clerk of Court

     BY:

                         **Deputy Clerk**